JS-6
Entered

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF RECORD IN THIS ACTION ON THIS DATE.

DATED: 4/29/09

DEPUTY CLERK

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

APR 29 2009

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEDDY S. WILLIAMS,<br><br>    Petitioner,<br><br>vs.<br><br>EDWARD S. ALAMEIDA, JR., et al.,<br><br>    Respondents. | Case No. CV 09-2592-ABC (RNB)<br><br>**JUDGMENT** |

In accordance with the Order Summarily Dismissing Petition for Writ of Habeas Corpus for Lack of Subject Matter Jurisdiction,

IT IS HEREBY ADJUDGED that this action is summarily dismissed, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 4/24/09

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 29 2009

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE